David A. Carroll, Esq. (NSB #7643)
dcarroll@rrsc-law.com
Anthony J. DiRaimondo, Esq. (NSB #10875)
adiraimondo@rrsc-law.com
Robert E. Opdyke, Esq. (NSB #12841)
ropdyke@rrsc-law.com
**RICE REUTHER SULLIVAN & CARROLL, LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099
Facsimile: (702) 732-7110

*Attorneys for Defendants/Counterclaimants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA (RENO)**

\* \* \* \* \*

| | |
|---|---|
| MP ELKO, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> INKA, LLC, <br> MDC RESTAURANTS, LLC, <br> VINCE EUPIERRE, and <br> JOSEPH SORACI, <br><br> Defendants. | Case No. 3:21-cv-00334-MMD-CLB <br><br> **STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |
| INKA, LLC, <br> MDC RESTAURANTS, LLC, <br> VINCE EUPIERRE, and <br> JOSEPH SORACI, <br><br> Counterclaimants, <br><br> vs. <br><br> MP ELKO, LLC, <br><br> Counterdefendant. | |

1

Plaintiff MP Elko, on one hand, and Defendants INKA, LLC, MDC RESTAURANTS, LLC, VINCE EUPIERRE, and JOSEPH SORACI, on the other hand, by and through their respective counsel of record[1], hereby stipulate and agree as follows:

1. On August 3, 2021, Plaintiff filed its Complaint [ECF No. 1] in this Action, which it amended through the filing of an Amended Complaint [ECF No. 22].

2. On October 18, 2021, Defendants filed their Answer and Counterclaim [ECF No. 26].

3. On April 20, 2022, the Parties entered into the Settlement Agreement and Release, which resolved all claims and counterclaims between them, with each party to bear its own attorneys' fees and costs.

4. Accordingly, based on the foregoing, the Parties stipulate and agree that this Action, including all complaints and counterclaims, shall be dismissed *with prejudice* and in its entirety.

DATED: May 6th, 2022

/s/ John Neil Stephenson
John Neil Stephenson, Esq. (NSB #12497)
**Stephenson Law, PLLC**
1770 Verdi Vista Court
Reno, Nevada 89523
Telephone: 510-502-2347
*Attorneys for Plaintiff/Counter-defendant*

DATED: May 6th, 2022

/s/ Anthony J. DiRaimondo
David A. Carroll, Esq. (NSB #7643)
Anthony J. DiRaimondo, Esq. (NSB # 10875)
**Rice Reuther Sullivan & Carroll LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099
*Attorneys for Defendants/Counterclaimants*

---

[1] Plaintiff and Defendants is each a "Party" and collectively the "Parties."

**ORDER**

Pursuant to the stipulation of the Parties stated above,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this Action, including all complaints and counterclaims filed herein, is dismissed *with prejudice* and in its entirety.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that each Party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

_____
**UNITED STATES DISTRICT JUDGE**
**Dated:** May 6, 2022